## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 150 MAL 2017

                 Respondent       :

                                 :   Petition for Allowance of Appeal from

                                 :   the Order of the Superior Court

                 v.                :

                                 :

RICHARD MERCALDO, JR.,         :

                 Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.